### SHERMAN ET AL. V. NICHOLS.

Daughters' husbands are not liable for the support of their wives' parents.

ERROR to reverse a judgment of the County Court on a petition brought by said Nichols against Sherman, etc. to compel them to contribute towards the maintenance of Joseph Hurd their wives' father. The County Court gave judgment — That they should contribute.

Error — That daughters' husbands are not compellable to contribute to the support of their wives' parents.

Judgment — Manifest error.

The statute is — That every person who shall be poor and impotent, unable to support and provide for themselves having no estate, shall be provided for, etc. by such of their relations as stand in the line or degree of father or mother, grandfather or grandmother, children or grandchildren, if of sufficient ability — sons-in-law are not within the line or degree mentioned by the statute. Kirby's Rep. 155, Mack v. Parsons, etc.

### TOWNER V. PHELPS.

A writ which has been served and returned, may not after be altered for another action.

UPON a writ of error, adjudged — That a writ which has been served and returned cannot have an existence as a writ, for another purpose, by being taken out of the files and served again.